## No. 9105.

### ALEXANDER M. HAAS vs. JOHN T. RHODES.

This case involves mainly questions of fact and the settlement of long and intricate accounts growing out of a reconventional demand —Suit brought on a mortgage note.

The defense that the consideration of the note was for future planting advances, and not for an indebtedness created before or at the passage of the act, is not a plea of entire failure of consideration, and does not shift the burden of proof on plaintiff.

The Supreme Court cannot investigate long and intricate accounts covering minute details of several years' dealings between parties, but in such cases, will remand the cause for examination of accounts by auditors and experts.

Judgment on main demand affirmed, reversed and remanded in all other particulars.

APPEAL from the Twelfth District Court, Parish of Rapides. *Blackman*, J.

---

*R. P. Hunter* for Plaintiff and Appellee.

*White & Thornton* for Defendant and Appellant.

---

The opinion of the Court was delivered by POCHÉ, J.